# United States District Court

Southern **DISTRICT OF** California

FILED
08 AUG 29 PM 4:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Parcel #2 lists the following information: tracking # 0308-1400-0002-1999-8282; is addressed to Mr. & Mrs. E. Langstons, 3825 Falling Leaf Ln., Orlando, FL 32810; it lists the return information of Mrs. C. Jones, 848 N. Mollison Ave. B, El Cajon, CA 92021. | **SEARCH WARRANT**<br><br>CASE NUMBER: 08 MJ 2670 |

TO: Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores   who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Parcel #2 lists the following information: tracking # 0308-1400-0002-1999-8282; is addressed to Mr. & Mrs. E. Langstons, 3825 Falling Leaf Ln., Orlando, FL 32810; it lists the return information of Mrs. C. Jones, 848 N. Mollison Ave. B, El Cajon, CA 92021 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now
concealed a certain person or property, namely (describe the person or property)
    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  8/31/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     **BARBARA L. MAJOR**
                                                                                           U.S. Judge or Magistrate
as required by law.                                                                         **U.S. MAGISTRATE JUDGE**

8/22/08 at 12:14 PM                    at    San Diego, CA
Date and Time Issued                         City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
                        U.S. Magistrate Judge            /s/ Barbara L. Major
Name and Title of Judicial Officer                       Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 8-22-08 | DATE AND TIME WARRANT EXECUTED 8-22-08  2:20 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and K. Cain | | |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Delivery Confirmation # 0308-1400-0002-1999-8282 white Ready Post Box with taped and glued seams; styrofoam lining. Box contained packing peanuts and a green leafy substance wrapped in layers of green plastic wrap and black plastic wrap and newspaper. The green leafy substance tested positive for marijuana which weighed approximately 8,658.0 grams.

Accepted 8/22/08

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

*Ana Flores*

Subscribed, sworn to, and returned before me this date.

*WMcCurine Jr.*        Date 8/29/08
U.S. Judge